**1282 RIGGS (Pros. Atty.) vs. HILL (Supervisor), No. 11950½.**

To compel respondent, a supervisor, to include certain lands upon the assessment roll.

Denied April 21, 1891, without costs.

Respondent refused to include the lands because the same had by an act of the legislature, approved March 25, 1891, been detached from that township and formed into a separate township. Relator contended that said act was unconstitutional because it provided that the first annual meeting for the election of officers should be held on the first Monday of May, 1891, and that in consequence the residents of that territory were deprived of the constitutional right to vote at the April election.

**1283 DRYER vs. BOARD OF REVIEW (Bath Township), No. 12907.**

To compel respondents to place upon the assessment roll so much of certain real estate owned by a lodge of the Independent Order of Odd Fellows, as was not used for lodge purposes, but was rented for mercantile purposes.

Granted in the alternative June 28, 1892.